HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
EMILIO NAVARRO-VELASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> EMILIO NAVARRO-VELASQUEZ, <br><br> Defendant. | Case No. 2:19-cr-0013-MCE <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date: February 21, 2019 <br> Time: 10:00 a.m. <br> Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Shea Kenny, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Emilio Navarro-Velasquez, that the status conference currently scheduled for February 21, 2019 may be continued to April 04, 2019.

The government has provided 1,026 pages of discovery, including documents related to the defendant's prior immigration proceedings and previous criminal cases. This discovery has been produced directly to defense counsel and/or made available for inspection and copying. The defense has requested additional discovery from the government, specifically the audio recordings of the defendant's immigration proceedings. The government has obtained the requested recordings and will be producing the recordings to defense counsel as soon as possible.

Defense counsel requires additional time to review discovery and for investigation and preparation. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

The parties further request to exclude time between February 21, 2019, and April 04, 2019, under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv) (Local Code T4), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The parties agree that the interests of justice outweigh the best interests of the public and the defendant in a speedy trial and request the Court so to find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 15, 2019        /s/ Christina Sinha
                               CHRISTINA SINHA
                               Assistant Federal Defender
                               Attorneys for Defendant
                               EMILIO NAVARRO-VELASQUEZ


Date: February 15, 2019        MCGREGOR W. SCOTT
                               United States Attorney

                               /s/ Shea Kenny
                               SHEA KENNY
                               Assistant United States Attorney
                               Attorney for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference in this matter scheduled for February 21, 2019, is vacated. A new status conference is scheduled for April 4, 2019 at 10:00 a.m. The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from February 21, 2019, up to and including April 4, 2019.

IT IS SO ORDERED.

Dated: February 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE