HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
EMILIO NAVARRO-VELASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-0013-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDING TIME** |
| vs. | |
| EMILIO NAVARRO-VELASQUEZ, | Date: April 4, 2019 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Shea Kenny, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Emilio Navarro-Velasquez, that the status conference currently scheduled for April 04, 2019 be continued to May 02, 2019.

The government has provided 1,026 pages of discovery, including documents related to the defendant's prior immigration proceedings and previous criminal cases. At the defense's request, the government has also produced audio recordings of the defendant's immigration proceedings. Defense counsel requires additional time to review this discovery and for continued legal research, investigation, and preparation. Further, due to an ongoing health issue with the defendant – which began on or around March 6, 2019 and for which he has yet to be

transported for treatment – defense counsel has been unable to effectively communicate with him about his case. Defense counsel therefore requires additional time to communicate with the defendant about his case. The defense anticipates this issue sufficiently resolving within the next two weeks, which would leave sufficient time for communication with the defendant about how to proceed with his case. Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

The parties further request to exclude time between April 04, 2019 and May 02, 2019 under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv) (Local Code T4), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The parties agree that the interests of justice outweigh the best interests of the public and the defendant in a speedy trial and request the Court so to find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 2, 2019        /s/ Christina Sinha
                           CHRISTINA SINHA
                           Assistant Federal Defender
                           Attorneys for Defendant
                           EMILIO NAVARRO-VELASQUEZ


Date: April 2, 2019        MCGREGOR W. SCOTT
                           United States Attorney

                           /s/ Shea Kenny
                           SHEA KENNY
                           Assistant United States Attorney
                           Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference in this matter scheduled for April 04, 2019, is vacated. A new status conference is scheduled for May 02, 2019 at 10:00 a.m. The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv) and Local Code T4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from April 4, 2019, up to and including May 02, 2019.

IT IS SO ORDERED.

Dated: April 8, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE