MCGREGOR W. SCOTT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0013-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| EMILIO NAVARRO-VELASQUEZ, | DATE: May 2, 2019 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on May 2, 2019.

2.     By this stipulation, the parties now move to continue the status conference until May 16, 2019, and to exclude time between May 2, 2019, and May 16, 2019, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

   a)     The government has represented that the discovery associated with this case includes 1,026 pages of discovery, including documents related to the defendant's prior immigration proceedings and previous criminal cases. The government has also produced audio recordings of the defendant's immigration proceedings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1         b)     Counsel for defendant desires additional time to consult with her client, to review

2    discovery for this matter, to conduct investigation and research related to the charges and to

3    potential pretrial motions, to discuss potential resolutions with her client, and to otherwise

4    prepare for trial. The defendant also continues to deal with a health issue that hinders attorney-

5    client communication regarding the case.

6         c)     Counsel for defendant believes that failure to grant the above-requested

7    continuance would deny her the reasonable time necessary for effective preparation, taking into

8    account the exercise of due diligence.

9         d)     The government does not object to the continuance.

10        e)     Based on the above-stated findings, the ends of justice served by continuing the

11   case as requested outweigh the interest of the public and the defendant in a trial within the

12   original date prescribed by the Speedy Trial Act.

13        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14   et seq., within which trial must commence, the time period of May 2, 2019 to May 16, 2019,

15   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

16   because it results from a continuance granted by the Court at defendant's request on the basis of

17   the Court's finding that the ends of justice served by taking such action outweigh the best interest

18   of the public and the defendant in a speedy trial.

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated: April 30, 2019                           McGREGOR W. SCOTT
                                                United States Attorney


                                                /s/ SHEA J. KENNY
                                                SHEA J. KENNY
                                                Assistant United States Attorney


Dated: April 30, 2019                           /s/ CHRISTINA SINHA
                                                CHRISTINA SINHA
                                                Counsel for Defendant
                                                EMILIO NAVARRO-
                                                VELASQUEZ



                                        **ORDER**

IT IS SO ORDERED.

Dated: May 2, 2019


                                                _____
                                                MORRISON C. ENGLAND, JR
                                                UNITED STATES DISTRICT JUDGE