| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | EMILIO NAVARRO-VELASQUEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-cr-0013-MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO SET** |
| | ) | **CHANGE OF PLEA AND JUDGMENT AND** |
| vs. | ) | **SENTENCING DATE** |
| | ) | |
| EMILIO NAVARRO-VELASQUEZ, | ) | Date: December 12, 2019 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England, Jr. |
| | ) | |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Shea Kenny, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Emilio Navarro-Velasquez, that the above-entitled case may be set for a Change of Plea and Judgment and Sentencing hearing on September 12, 2019.

1. On May 16, 2019, the parties set this matter for trial; a Trial Confirmation Hearing was set for December 12, 2019, and a three-day jury trial was set to begin on January 27, 2020.

2. The defendant wishes to plead guilty, and the parties have agreed to resolve this matter via a non-Fast Track plea agreement.

3. Pursuant to the parties' written plea agreement, the defendant has waived his right

-1-

to have probation officers conduct a full pre-sentence investigation and prepare a pre-sentence report, and he agrees that the Court may instead base its sentencing decision on the pre-plea Presentence Investigation Report (ECF 9). The defendant has waived his right to the statutorily specified delay between disclosure of the pre-plea report and sentencing.

4. As the defendant wishes to be transported to Bureau of Prisons custody as soon as possible so that he can receive needed medical treatment, the defense respectfully requests the Court to allow Mr. Navarro-Velasquez to be sentenced on the same day that he enters his change of plea.

5. The government does not oppose setting the matter for a change of plea and sentencing on September 12, 2019.

6. The parties agree that the previously-prepared pre-plea Presentence Investigation Report (ECF 9) may be used at the sentencing hearing.

7. The defense spoke with the drafter of the report, Probation Officer Hugo Ortiz, who conveyed that he can be present for a hearing on September 12, 2019.

As time has previously been excluded until January 27, 2020, no further exclusion is required.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 30, 2019        /s/ Christina Sinha
                             CHRISTINA SINHA
                             Assistant Federal Defender
                             Attorneys for Defendant
                             EMILIO NAVARRO-VELASQUEZ

Date: August 30, 2019        MCGREGOR W. SCOTT
                             United States Attorney

                             /s/ Shea Kenny
                             SHEA KENNY
                             Assistant United States Attorney
                             Attorney for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The matter is set for a Change of Plea and a Judgment and Sentencing hearing on September 12, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 9, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE